# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

Clifford W. Taylor,
Chief Justice

134502

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOMECOMINGS FINANCIAL NETWORK,
    Plaintiff-Appellant,

v

SC: 134502
COA: 267095
Oakland CC: 04-060063-CH

CRYSTAL HOMES, INC.,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

Clerk

t1114